UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TIMOTHY GLICK, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

ALLY FINANCIAL INC.,

        Defendant.

Case No. 2:19-cv-11147

Hon. George C. Steeh
Hon. Stephanie D. Davis

## STIPULATED NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Timothy Glick and Defendant Ally

Financial, Inc. hereby agree to the dismissal of all pending claims without prejudice,

with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 13, 2019    */s/ Avi R. Kaufman*
        Avi R. Kaufman
        kaufman@kaurmanpa.com
        KAUFMAN P.A.
        400 NW 26th Street
        Miami, FL 33127
        Telephone: 305.469.5881

        George Blackmore (P76942)
        BLACKMORE LAW PLC
        21411 Civic Center Drive, Suite 200
        Southfield, MI 48076
        Telephone: (248) 845-8594
        Facimile: (855) 744-4419
        E-Mail:george@blackmorelawplc.com
        *Local Counsel for Plaintiff and the putative Class*

Stefan Coleman
LAW OFFICES OF STEFAN COLEMAN, P.A.
law@stefancoleman.com
201 S. Biscayne Blvd, 28th Floor
Miami, Fl 33131
Telephone: 877.333.9427/Fax: 888.498.8946

*Attorneys for Plaintiff Glick and the putative Class*

*/s/ John C. Lynch*
John C. Lynch, Esq.
Ethan G. Ostroff, Esq.
Mark D. Kundmueller, Esq. (P66306)
TROUTMAN SANDERS LLP
Attorneys for Defendant
222 Central Park Avenue, Suite 2200
Virginia Beach, Virginia 23462
(757) 687-7541
john.lynch@trouman.com
ethan.ostroff@troutman.com
mark.kundmueller@troutman.com

*Counsel for Defendant Ally Financial Inc.*

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on August 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*